IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 1:15-cv-00352-CMA-CBS

HSIA FANG SUNG,

Plaintiff,

v.

DILLARD'S, INC.,
DILLARD'S PROPERTIES, INC., and
DSS UNITER, LLC,

Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss, without prejudice, Plaintiff's claims against Defendants Dillard's, Inc. and Dillard's Properties, Inc. (Doc. # 17.)  The Court, having reviewed the Motion and being duly informed about the matter, hereby finds, concludes, and orders as follows:

The Motion (Doc. # 17) is GRANTED.  Plaintiff's claims against Defendants Dillard's, Inc. and Dillard's Properties, Inc. are DISMISSED WITHOUT PREJUDICE, the parties to pay their own fees and costs.  It is

FURTHER ORDERED that the caption on all subsequent filings reflect the removal of Dillard's, Inc. and Dillard's Properties, Inc. as Defendants in this case.

DATED:  March ___30___, 2015

2

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge