**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 1:15-cv-00352-CMA-CBS

HSIA FANG SUNG,

    Plaintiff,

v.

DSS UNITER, LLC,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice.  (Doc. # 32.)  The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

DATED: December 31, 2015

                                              BY THE COURT:

                                              */s/ Christine M. Arguello*

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge